FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN -3 PM 4:23
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Augusta Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Manuel Izaguirre-Reyes | ) | Case No: 1:98CR00031-1 |
|  | ) | USM No: 49210-019 |
| Date of Original Judgment: September 8, 2005 | ) | James Ferguson Findlay |
| Date of Previous Amended Judgment: Not applicable | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __Time Served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __September 8, 2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __June 3, 2015__

_____
Judge's signature

Effective Date: __November 1, 2015__
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*